**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, Arzona 85004-2595
Telephone: 602.262.5311

**Susan M. Freeman** (State Bar No. 004199 )
 Direct Telephone: 602.262.5756
 Direct Facsimile: 602-734-3824
 Email: sfreeman@lrrc.com

**Robert H. McKirgan** (State Bar No. 011636)
 Direct Telephone: 602.262.5396
 Direct Facsimile: 602.734-3874
 Email: rmckirgan@lrrc.com

**Justin J. Henderson** (State Bar No. 026930)
 Direct Telephone: 602.262.5738
 Direct Facsimile: 602.734.3937
 E-mail: jhenderson@lrrc.com

*Defendants Ernie Garcia, Verde Investments, Inc. and Verde Auto Services, LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> DANIEL LEWIS HENDON <br><br> Debtor. <br><br>——————————————— <br> Diversified Funding Group, LLC; Reynaldo Gutierrez; The Faradjollah Fred Djahandideh Trust; Fred Djahandideh; HCM Retirement Trust, Drew Sherline; Rightpath Investors, LLC; Sirotka Holdings, LLC; iDea Services, LLC; Van Buren Development, LLC; Southwest Development Partners, LLC; and Fortuna Asset Management, LLC, Judgment Creditors <br><br> Plaintiffs, <br><br> vs. <br><br> Daniel Hendon, Debtor; Nell Hendon; Heather Hendon; Chris Alvarez; Victoria Hendon; Kelly Carroll; Alan Meda; Ernie Garcia; Burch & Cracchiolo; Verde Auto Services, LLC; Verde Investments, Inc.; Ellis Rubenstein; Prudential Metal and Steel Supply, LLC; E Management Consulting, LLC; Ernie Vasquez; Gil Olguin; Jay Swart; Maria Barker; Pacwest Energy, LLC; Jacksons Food Stores, Inc.; Equilon Enterprises, LLC; and DOES 1 through 100, inclusive, <br><br> Defendants. | Chapter 11 Proceedings <br><br> Case No. 2:11-bk-21164-SHG <br><br> **Adversary Case No. 2:16-ap-00127** <br><br> *Filed in Bankruptcy Case and Adversary Proceeding* <br><br> **DECLARATION OF SUSAN M. FREEMAN IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT WITH TRUSTEE, VERDE PARTIES, PACWEST PARTIES, HEATHER AND VICTORIA HENDON, PURSUANT TO FED. R. BANKR. P. § 9019** |

**Susan M. Freeman**, declares as follows:

1. I am a lawyer at Lewis Roca Rothgerber Christie LLP ("LRRC"). I was admitted to the Arizona bar in 1975.

2. LRRC represents Ernie Garcia, Steven Johnson, Verde Investments, Inc. and Verde Auto Services, LLP (collectively, the "Verde Parties"), in the above-captioned Bankruptcy Case, and in the above-captioned Adversary Proceeding (the "Adversary Action"), and the action filed in the Superior Court of California, County of Orange, Case No. 30-2016-00839008-CU-FR-CJC styled Diversified Funding Group v. Hendon et al., which was removed to the United States District Court for the Central District of California, Case No. 8:146-cv-00823 and amended on August 2, 2016 (the "California Action") (collectively, the "Actions").

3. The principal parties involved in the Actions participated in a mediation before Hon. Leif Clark, retired, on July 6, 2016. The Verde Parties and the plaintiffs in the Adversary Action and California Action began separate settlement negotiations that day, and continued settlement discussions and negotiations until finalizing three months later the Settlement Agreement attached to the Joint Motion to Approve Settlement With Trustee, Verde Parties, PacWest Parties, Heather and Victoria Hendon, Pursuant to Fed. R. Bankr. P. § 9019 [Adversary Action Dkt. 80], including the Loan Documents attached to the Settlement Agreement and related Loan documentation.

4. The Settlement Agreement, especially the Loan Agreement component, involved extensive due diligence on the part of the Verde Parties. Negotiation of the Loan Agreement terms and many of the Settlement Agreement terms were extensive, with numerous drafts of various documents prepared and revised, and at arm's length. There was no collusion.

5. It is important to the Verde Parties that the PacWest Parties be included in the settlement and released, as parties that had acquired assets from Verde Investments, Inc. It is also important to the Verde Parties that Heather Hendon be included in the settlement and released, as a party that had obtained loans from Verde Investments, Inc. And it is important to the Verde Parties that Thomas H. Allen, Plan Agent and Trustee of the Liquidating Trust Agreement and Declaration of Trust dated November 12, 2016 (the "Trustee") participate in the settlement, because the Verde Parties have

contended in the Actions and in proceedings in the Bankruptcy Case concerning sale of the Trustee's litigation claims and rights, commencing with Bankruptcy Case Dkt. 180 (the "Sale Proceedings") that the Trustee owns and controls causes of action alleged in the Actions.

6. Counsel for Heather Hendon and Victoria Hendon (the "Hendon Parties") separately negotiated settlement terms and conditions applicable to them in the Settlement Agreement.

7. Counsel for the Trustee separately negotiated settlement terms and conditions applicable to the Trustee in the Settlement Agreement.

8. I observed the negotiations between counsel for the Trustee and the plaintiffs and between counsel for the Hendon Parties and the plaintiffs, saw some of their negotiations in drafts of settlement documents, and occasionally communicated with those parties about their negotiations. I saw that they likewise negotiated Settlement Agreement terms in good faith, at length, with multiple drafts of provisions affecting them, at arm's length. There was no collusion.

9. The Verde Parties entered into the Settlement Agreement after considering the risks and expense of litigation and the benefits of the settlement.

10. It is important to the Verde Parties that upon providing their Settlement Agreement consideration, they be done with the Actions. The Verde Parties have provided testimony under oath at the Sale Proceedings with respect to their knowledge of and participation in the facts at issue in the Actions, which can be used by the plaintiffs and the defendants who are not participating in the Settlement Agreement (the "Non-Settling Defendants"). The Verde Parties have also produced a substantial number of documents in response to subpoenas by plaintiff Diversified Funding Group, LLC in Adversary No. 2:11-ap-01972-SHG under a protective order, as amended. The Verde Parties agree that those documents can be produced again to the Non-Settling Defendants upon and pursuant to such protective orders in the Actions, imposing restrictions on confidential documents in the document production. Approval of the Settlement Agreement, including the restriction on any further discovery or participation of the Verde Parties, is in the best interest of the bankruptcy estate and all parties in interest. The Trustee, on behalf of the bankruptcy estate, will receive $200,000 on the effective date of the Settlement Agreement. Because of the previous testimony and document production, and in light of

1 the reduction of liability resulting from the settlement consideration paid by the Verde Parties,
2 Settlement Agreement approval is in the best interest of the Non-Settling Defendants even with the
3 restriction on further discovery and involvement of the Verde Parties.

4     11.     To the best of my knowledge, none of the Non-Settling Defendants have any contractual
5 indemnity claims against the Verde Parties or any of the other Settling Defendants. To the best of my
6 knowledge and understanding of the law, any implied indemnity claims based tort principles are
7 encompassed along with contribution claims as claims that may be barred by state law in Arizona and
8 California against parties entering into settlement agreements in good faith. It is important to the Verde
9 Parties that they be released and discharged from any and all liability for any claims by any Non-Settling
10 Defendants, as well as released by the parties to the Settlement Agreement.

11     12.     The Verde Parties are confident that under the facts and the law applicable to the Actions
12 and the Sale Proceedings in the Bankruptcy Case, they have little or no liability to the plaintiffs in the
13 Actions. The Court has heard the testimony of Ernie Garcia and Steven Johnson and reviewed the
14 exhibits and other evidence presented in connection with the Sale Proceedings, supporting this position
15 of the Verde Parties. The Verde Parties' consideration under the Settlement Agreement accordingly
16 meets and indeed exceeds the Verde Parties' share of any liability or damages that the plaintiffs may
17 prove or judgment that may be entered in the Actions. The total value of the Verde Parties' settlement
18 consideration is within a reasonable range of the Verde Parties' share of liability for total damages.
19 Under Arizona and California statutes, the consideration paid by the Verde Parties reduces the plaintiffs'
20 claims against the Non-Settling Defendants, benefiting the Non-Settling Defendants.

21     13.     I believe, based upon my first-hand knowledge and participation in negotiations of the
22 Settlement Agreement that the parties negotiated in good faith and reached a settlement in good faith.

23     14.     I declare under penalty of perjury that the foregoing is true and correct.

24 DATED: October 14, 2016

26     */s/ Susan M. Freeman (004199)*
    Susan M. Freeman
27     Attorneys for Defendants Ernie Garcia, Steven Johnson, Verde
    Investments, Inc. and Verde Auto Services LLC

Lewis Roca ROTHGERBER CHRISTIE
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**COPY** of the foregoing served on
October 14, 2016, via ECF notice
on all parties that have appeared in this case
and to the following parties via
e-mail or mail by U.S. Postal Service,
first class postage prepaid.

Carolyn J. Johnsen
Dickinson Wright PLLC
Email:  cjjohnsen@dickinsonwright.com

Dickinson Wright PLLC
Jerry Gaffaney, Registered Agent
1850 Noth Central Avenue, Suite 1400
Phoenix, AZ  85004
(*by mail only*)

Gil Olguin
Email:  gmolguin@usa.com

Jay Swart
Email:  jayswart@cox.net

Kent Despain
10104 McDowell View Trail
Fountain Hills, AZ  85268
(*by mail only*)

Chris Alvarez
Email:  Chris.alvarez@beamsuntory.com

Maria Barker aka Priscilla Leon
900 Poppy Avenue
Corona Del Mar, CA 92625
(*by mail only*)

OCS Capital Group LLCG
G.M. Olguin, Registered Agent
Email:  gmolguin@usa.com

Cesar Perez
Diversified Funding Group
cap@dfgusa.com

Fred (TFFD) Trust
Fred Djahandideh
Dfg@cox.net

Drew Sherline
Drewsherline@me.com

HCM Retirement Trust
Drew Sherline
Drewsherline@me.com

Idea Services, LLC
Craig Bittner
craig@behedged.com

Van Buren, LLC
Philip Gooyette
Jordan Scott
Jordan@glaceirdev.com

Sirotka Holdings, LLC
Mike Sirotka
Msirotka33@yahoo.com

Rey Gutierrez
ocalkins@dayshotelscpottsdale.com

Rightpath Investors LLC
Diversified Asset Management LLC
James Grant
jim@diversified-asset.com

Fortuna Asset Management LLC
Philip Goyette
Jordan Scott
Jordan@glaceirdey.com

Southwest Development Partners
Philip Goyett
Jordan Scott
Jordan@glacierdev.com

Matthew C. Browndorf
mcbrowndorf@wkbllp.com


/s/ Debi Garrett
Employee of Lewis Roca Rothgerber Christie LLP